IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GAMBA HABIB POTTER,

       Appellant,

v.

Case No. 5D22-2808
LT Case No. 2020-CF-001677-A

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed May 9, 2023

Appeal from the Circuit Court
for Seminole County,
William S. Orth, Judge.

Matthew J. Metz, Public Defender, and
Joseph Chloupek, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Stephen R. Putnam,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

JAY, SOUD and BOATWRIGHT, JJ., concur.